## International Harvester Company, Appellant, v. Tuscarora Township (No. 2).

OPINION BY RICE, P. J., July 20, 1910:

For the reasons given in the immediately preceding case between the same parties, the order is affirmed at the costs of the appellant.